**FISH & RICHARDSON P.C.**
Neil J. McNabnay (*pro hac vice* application to be filed)
mcnabnay@fr.com
Ricardo J. Bonilla (*pro hac vice* application to be filed)
rbonilla@fr.com
Lance E. Wyatt, Jr. (*pro hac vice* application to be filed)
wyatt@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for Defendant
WYNN RESORTS, LIMITED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WYNN RESORTS, LIMITED, <br><br> Defendant. | 2:18-CV-00868-RCJ-GWF <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Linksmart Wireless Technology, LLC and Defendant Wynn Resorts, Limited, by and through their undersigned counsel of record, that Wynn Resorts, Limited shall have until July 16, 2018, to respond to the Complaint.

**IT IS SO STIPULATED AND AGREED.**

-1-

Dated: June 1, 2018

| By */s/ Mark Borghese* | By */s/ Neil J. McNabnay* |
|---|---|
| Mark Borghese<br>Nevada Bar No. 6231<br>mark@borgheselegal.com<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0200<br>Facsimile: (702) 382-0212<br><br>Larry C. Russ<br>(*pro hac vice*)<br>lruss@raklaw.com<br>Marc A. Fenster<br>(*pro hac vice* application to be filed)<br>mfenster@raklaw.com<br>Benjamin T. Wang<br>(*pro hac vice*)<br>bwang@raklaw.com<br>Kent N. Shum<br>(*pro hac vice* application to be filed)<br>kshum@raklaw.com<br>Bahrad A. Sokhansanj<br>(*pro hac vice*)<br>bsokhansanj@raklaw.com<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>ATTORNEYS FOR PLAINTIFF<br>LINKSMART WIRELESS<br>TECHNOLOGY, LLC | Neil J. McNabnay<br>(*pro hac vice* application to be filed)<br>mcnabnay@fr.com<br>Ricardo J. Bonilla<br>(*pro hac vice* application to be filed)<br>rbonilla@fr.com<br>Lance E. Wyatt, Jr.<br>(*pro hac vice* application to be filed)<br>wyatt@fr.com<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Tel. 214.747.5070<br>Fax: 214.747.2091<br><br>ATTORNEYS FOR DEFENDANT<br>WYNN RESORTS, LIMITED |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 06/04/2018