KILPATRICK TOWNSEND & STOCKTON LLP
Vaibhav P. Kadaba (*pro hac vice* petition forthcoming)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice* petition forthcoming)
mturton@kilpatricktownsend.com
Andrew N. Saul (*pro hac vice* petition forthcoming)
asaul@kilpatricktownsend.com
1100 Peachtree Street NE Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

SNELL & WILMER L.L.P.
Paul Swenson Prior
Nevada Bar No. 9324
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com

*Counsel for Defendant*
Wynn Resorts, Limited

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>WYNN RESORTS, LIMITED,<br><br>*Defendant* | Case No. 2:18-cv-00868-MMD-NJK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR A 30-DAY EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, IT IS HEREBY STIPULATED between Plaintiff Linksmart Wireless Technology, LLC and Defendant Wynn Resorts, Limited, by and through their undersigned counsel, that Defendant shall have a second 30-day extension of time within which to answer or otherwise respond to the Complaint, to and including August 15, 2018,[1] and request that the Court enter an Order approving the same.

---

[1] Defendant's response was originally due on June 15, 2018. On June 4, 2018, the Court entered an Order approving the parties' first stipulation (Dkt. No. 17), to extend Defendant's deadline to

This second extension is sought because Defendant recently retained new litigation counsel at the law firm Kilpatrick Townsend & Stockton LLP, who reasonably request additional time to evaluate Defendant's claims and defenses and to prepare Defendant's response to the Complaint. Defendant also seeks this second extension in order to finalize its retention of local counsel in this matter. Defendant has requested only one prior extension from the Court, and this request is made in the interests of justice and not for the purposes of delay.

Dated: July 11, 2018

*/s/ Mark Borghese*

Mark Borghese
Nevada Bar No. 6231
BORGHESE LEGAL, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Larry C. Russ (*pro hac vice*)
Marc A. Fenster (*pro hac vice*)
Benjamin T. Wang (*pro hac vice*)
Kent N. Shum (*pro hac vice*)
Bahrad A. Sokhansanj (*pro hac vice*)
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

*Counsel for Plaintiff*
Linksmart Wireless Technology, LLC

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

4810-6860-4781

July 16, 2018.

Dated: July 11, 2018

*/s/ Paul Swenson Prior*

SNELL & WILMER L.L.P.
Paul Swenson Prior, NV Bar No. 9324
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200

KILPATRICK TOWNSEND & STOCKTON LLP
Vaibhav P. Kadaba
(*pro hac vice* petition forthcoming)
wkadaba@kilpatricktownsend.com
Michael J. Turton
(*pro hac vice* petition forthcoming)
mturton@kilpatricktownsend.com
Andrew N. Saul
(*pro hac vice* petition forthcoming)
asaul@kilpatricktownsend.com
1100 Peachtree Street NE Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Counsel for Defendant*
Wynn Resorts, Limited

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 12, 2018

- 2 -

JOINT STIPULATION FOR A SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT
2:18-cv-00868-MMD-NJK

